AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Alana Karpoff Schwartz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cv-5735 |
| Intimacy in New York, LLC; IMC, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intimacy in New York, LLC; Intimacy Management Company, LLC                               .

Date:     09/17/2013

*Attorney's signature*

Joseph M. Pastore III, JP1717
*Printed name and bar number*
Pastore & Dailey, LLC
420 Lexington Ave., Ste 300
New York, NY 10170

*Address*

jpastore@psdlaw.net
*E-mail address*

(212) 297-6169
*Telephone number*

(212) 986-1952
*FAX number*

## **CERTIFICATION**

I certify that on September 17, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph M. Pastore III*
Joseph M. Pastore III