# AFFIDAVIT OF SERVICE

STATE OF NEW YORK — SOUTHERN DISTRICT — UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 13CIV6735 AND FILED ON AUGUST 15, 2013

ATTORNEY(S): Shimshon Wexler, Shimshon Wexler

*Alana Karpoff Schwartz, Individually and on behalf of a class* — Plaintiff

vs

*Intimacy in New York, LLC, et al.* — Defendant

STATE OF GEORGIA    COUNTY OF FULTON, SS.:

Jeroy Robinson being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On September 4, 2013 at 12:40p M., deponent served the within at 3980 Dekalb Technology Parkway, #760, Atlanta GA 30340

Summons in a Civil Action and Complaint-Class Action

on: Intimacy Management Company, LLC, Defendant therein named.

**INDIVIDUAL A** ☐ By personally delivering to and leaving with said ____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Summons in a Civil Action and Complaint-Class Action

**CORPORATION B** ☒ By delivering to and leaving with Adam Blagg at 3980 Dekalb Technology Pkwy, #760, Atlanta GA 30304 and that deponent knew the person so served to be the Manager of the corporation.

**SUITABLE AGE PERSON C** ☐ Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person: By delivering a true copy thereof to and leaving with ____ a person of suitable age and discretion at ____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of GEORGIA

**AFFIXING TO DOOR D** ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of GEORGIA

**MAILING TO RESIDENCE (use with C or D) E1** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at ____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of ____ on ____

**MAILING TO BUSINESS (use with C or D) E2** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at ____ in an official depository under the exclusive care and custody of the United States Post Office within the State of ____ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on ____

**PREVIOUS ATTEMPTS (use with D) F** ☐ Deponent had previously attempted to serve the above named defendant/respondent
Day ____ Date ____ Time ____
Day ____ Date ____ Time ____
Day ____ Date ____ Time ____
Deponent spoke with ____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** ☒ DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 40   Approximate weight 180   Approximate height 5'10   Sex Male
Color of skin White   Color of hair Brown   Other ____

**MILITARY SERVICE** ☐ Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES** ☐ $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 18 day of September, 2013

(Notary seal: CHILDS STALLWORTH, EXPIRES GEORGIA MAY 21, 2017, COBB COUNTY)

Jeroy Robinson
Attny's File No.
Invoice·Work Order # SP1310145

CORPORATE SERVICE BUREAU INC., 283 WASHINGTON AVENUE, ALBANY, NEW YORK 12206