# Exhibit A

8/1/2013 4:03:11 PM

## Intimacy of New York
1051 Third Ave (62nd & 3rd)
New York, New York 10065

| | | |
|---|---|---|
| SO# | Receipt # | 68276 |
| 8/1/2013 | Store. | NY2 |
| Assoc. Samanta | Cashier: | ValeryM |

Bill To: alana karpoff

**Address Redacted**

| ITEM# / DESC | QTY | PRICE | EXT PRICE |
|---|---|---|---|
| 11285 | 1 | $127.00 | $127.00 |
| 012-1318 CONVERTI NATR 32D CHET | | | |
| 14592 | 1 | $83.00 | $83.00 |
| 1742 PUSH-UP BLUE 32D MERCI | | | |
| 14744 | 1 | $28.00 | $28.00 |
| 1744 HIPSTER BLUE S MERCI | | | |
| 45068 | 1 | $108.00 | $108.00 |
| 012-0822 PLUNGE C CHARC32D TOM | | | |
| 78708 | 1 | $143.00 | $143.00 |
| 010-1709 CONVERTI PINK 32D CELIA | | | |

```
            5 Unit(s)    Subtotal.         $489.00
                         8.875 % Tax        $23.96
                         RECEIPT TOTAL:    $512.96

                         Tend              $512.96
                         Change              $0.00
   Cash
   S/C.
   S/C Bal  $0.00
   Gift Cert
   Check.

   CrCard: $512.96  DISCOV
                    **1082   Redacted
```

Signature _____

Intimacy offers a "FIT" guarantee

We gladly offer exchanges or store credit for unworn merchandise within 30 days of purchase. All original tags must be attached or original packaging must be unopened.

ALL SALE ITEMS ARE FINAL.

By providing us with your contact information, you will receive newsletters on the brands sold at Intimacy and updates on in-store promotions, bra fit tips, and events. Intimacy respects your privacy and the sharing of your information for promotional purposes shall only occur with Intimacy's subsidiaries and/or affiliated companies.

You can find our entire privacy policy at http://www.myintimacy.com