UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALANA KARPOFF SCHWARTZ,
Individually and on behalf of a class,

Plaintiff,

-v-

INTIMACY IN NEW YORK, LLC;
INTIMACY MANAGEMENT COMPANY,
LLC,

Defendant.

Case No. 13-CV-5735

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Intimacy Management Company, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Van de Velde NV, a publicly traded entity on the Brussels stock exchange, is the corporate parent of its wholly owned subsidiary Van de Velde Retail, Inc., which is an 85% owner of Defendant Intimacy Management Company, LLC.

**Date:** 10/15/13

**Signature of Attorney**

**Attorney Bar Code:** JP1717

Form Rule7_1.pdf   SDNY Web 10/2007