UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALANA KARPOFF SCHWARTZ, Individually and on behalf of a class,  Plaintiff, <br><br> -v- <br><br> INTIMACY IN NEW YORK, LLC; INTIMACY MANAGEMENT COMPANY, LLC, <br> Defendant. | Case No. 13-CV-5735 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Intimacy in New York, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Van de Velde NV, a publicly traded entity on the Brussels stock exchange, is the corporate parent of its wholly owned subsidiary Van de Velde Retail, Inc., which is an 85% owner of Defendant Intimacy Management Company, LLC, which is an owner of 10% or more of Defendant Intimacy in New York, LLC.

**Date:** 10/15/13

_Signature of Attorney_

**Attorney Bar Code:** JP1717