IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ALANA KARPOFF SCHWARTZ,
individually and on behalf of a class,

                        Plaintiff,

v.

INTIMACY IN NEW YORK, LLC;
INTIMACY MANAGEMENT COMPANY, LLC,

                        Defendants.

-----------------------------------------------------------------x

Case No. 13-CV-5735-PGG

**STIPULATION TO EXTEND TIME TO AMEND THE COMPLAINT**

The time in which Plaintiff has to amend her complaint is hereby extended from October 24, 2013 to October 31, 2013. This is the first request for an extension of time for the Plaintiff. The parties agree that the filing of the amended complaint will moot the pending motion to dismiss and that Defendants reserve all rights to respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. Furthermore, Defendants shall have until November 22, 2013 to respond to the amended complaint. Defendants consent to this request.

Dated: October 23, 2013

| Counsel for Defendants | Counsel for Plaintiff |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Joseph M. Pastore III | Shimshon Wexler |
| Paul R. Dehmel | The Law Offices of Shimshon Wexler, PC |
| Pastore & Daily LLP | 216 W. 104th St., #129 |
| 4 High Ridge Park, 3rd Fl. | New York, New York 10025 |
| Stamford, CT 06905 | (212) 760-2400 |
| (203) 658-8454 | Fax: (917) 512-6132 |
| Fax: (203) 348-0852 | shimshonwexler@yahoo.com |
| JPastore@psdlaw.net | |

SO ORDERED:

_____

U.S.D.J.