IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALANA KARPOFF SCHWARTZ,
individually and on behalf of a class,               Case No. 13-Civ. 5735 (PGG)

                           Plaintiff,

                                             **STIPULATION CONCERNING**
                                             **EXTENSIONS OF TIME**

      v.

INTIMACY IN NEW YORK, LLC;
INTIMACY MANAGEMENT COMPANY, LLC,

                           Defendants.
------------------------------------------------------------------x

      Pursuant to an agreement between the parties, the Defendants shall have until December 13, 2013, to respond to the amended complaint.  Due to the incorporation of a response time in the prior Stipulation entered by the Court as to the filing of an amended complaint (Doc. No. 15), this request is the second request for an extension of time to respond, whereby the response date was set at November 22, 2013.  The additional time is needed to permit the parties to engage in discussions and to permit time for additional defense counsel for Defendants to appear in this case; such counsel is expected to file an appearance the week of November 25, 2013.

Further, the parties have agreed that Rule 26(a) disclosures will be exchanged on or before December 13, 2013.

Dated: November 21, 2013

By: *(signature)*  
    Joseph M. Pastore III  
    Paul R. Dehmel  
    Pastore & Dailey LLC  
    4 High Ridge Park, 3rd Fl.  
    Stamford, CT 06905  
    (203) 658-8454  
    Fax: (203) 348-0852  
    PDehmel@psdlaw.net

Counsel for Defendants

By: *(signature)*  
    Robert L. Lash  
    Herzfeld & Rubin, P.C.  
    125 Broad Street  
    New York, New York 10004  
    (212) 471-8500  
    Fax: (212) 232-6633  
    rlash@herzfeld-rubin.com

Co-Counsel for Plaintiff

SO ORDERED:

_____

U.S.D.J.