```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 14, 2014
```

ALANA KARPOFF SCHWARTZ,
individually and on behalf of a class,

            Plaintiff,

      - against -

INTIMACY IN NEW YORK, LLC;
INTIMACY MANAGEMENT COMPANY, LLC,

            Defendants.

**ORDER**

13 Civ. 5735 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendants' motion to bifurcate discovery:

1. Defendants' moving papers are due on **January 28, 2014**.

2. Plaintiff's opposition is due on **February 11, 2014**.

Dated: New York, New York
       January 13, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge