**EXHIBIT G - b**



