

March 7, 2014

**VIA ECF AND FACSIMILE (212-805-7986)**

**Vincent P. Pozzuto**
Direct Phone  212-908-1284
Direct Fax  866-591-9124
vpozzuto@cozen.com

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    **Stipulation to Extend Discovery Deadlines**
             **Schwartz v. Intimacy in New York et. al.**
             **Case No. 13-CV-5735**

Dear Honorable Judge Gardephe:

    Pursuant to Rule 1D of Your Honor's Individual Rules of Practice, the parties have agreed upon consent to a stipulation to extend discovery deadlines. Attached is the joint stipulation signed by counsel for both parties.

    The parties have agreed to the completion of fact discovery no later than June 26, 2014 and the completion of expert discovery no later than August 7, 2014. The previous deadline set by the Court required the completion of fact discovery no later than March 28, 2014 and the completion of expert discovery no later than May 9, 2014. The additional time is needed due to the voluminous document discovery Defendants need to review and then produce to comply with Plaintiff's discovery requests, as well as a number of depositions that need to be taken.

    This is the first request for an extension of time of the discovery deadlines.

    Thank you for your attention to this matter.

Respectfully yours,

COZEN O'CONNOR

By:   Vincent P. Pozzuto

VPP
Attachment

cc:    Bryant T. Lamer, Esq.
       Shimshon Wexler, Esq.
       Robert L. Lash, Esq.

LEGAL\18354804\1