

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Robert L. Lash
Direct Line: 212-471-8533
Fax: 212-344-3333
rlash@herzfeld-rubin.com

May 19, 2014

<u>Via ECF</u>

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Alana Karpoff Schwartz, et al vs. Intimacy in New York, LLC, et al.*
      13-cv-5735 (PGG)

Dear Judge Gardephe:

We represent plaintiffs in this matter and write on behalf of all parties to jointly request a 60-day extension of the current discovery deadlines. A stipulation executed by the parties' counsel is attached. The reason for this request is that the parties have scheduled a mediation, before Hon. John Hughes (Ret.), of JAMS, to commence on May 30, 2014. We are hopeful that with the assistance of Magistrate Judge Hughes, who served in the District of New Jersey and has many years of settlement experience, including with consumer class actions such as this, the parties will be able to resolve this matter and be in a position to submit to the court a motion for preliminary certification of a settlement class. Based on our collective experience, the settlement negotiations will likely be a process that will extend beyond the initial mediation session. In addition, the parties have been pursuing discovery and have scheduled party and non-party depositions in case the mediation is not successful. Plaintiffs' counsel is also, at present, performing a document review at Defendants' headquarters in Atlanta. Given the upcoming mediation, the volume of documents at issue, the number of party and non-party depositions that may be necessary, and the parties' efforts to pursue discovery, we believe the requested extension is necessary and beneficial to the efficient resolution of this matter.

The current deadlines for fact and expert discovery are June 26, 2014 and August 7, 2014, respectively. We request those dates be extended to August 25, 2014 for fact discovery and October 6, 2014 for expert discovery. This is the parties' second request for an extension.

Respectfully submitted,

Robert L. Lash

cc:   All Counsel of Record

| HERZFELD & RUBIN, P.C. | CHASE KURSHAN HERZFELD & RUBIN, LLC | HERZFELD & RUBIN, LLP | RUBIN MEYER DORU & TRANDAFIR |
|---|---|---|---|
| 1225 FRANKLIN AVE, SUITE 315 | 354 EISENHOWER PARKWAY, SUITE 1100 | 1925 CENTURY PARK EAST | SOCIETATE CIVILA DE AVOCATI |
| GARDEN CITY, NY 11530 | LIVINGSTON, NJ 07039-1022 | LOS ANGELES, CA 90067 | 7, STRADA PUTUL CU PLOPI |
| TELEPHONE: 212-471-3231 | TELEPHONE: 973-535-8840 | TELEPHONE: 310-553-0451 | BUCHAREST 1, ROMANIA |
|  |  |  | TELEPHONE: (40) (21) 311-1460 |