

September 23, 2014

**VIA EFILING**

**Vincent P. Pozzuto**
Direct Phone   212-908-1284
Direct Fax        866-591-9124
vpozzuto@cozen.com

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   Schwartz v. Intimacy in New York
      Case No.: 13-CV-5735

Dear Honorable Judge Gardephe:

This firm represents the Defendants, Intimacy in New York, LLC and Intimacy Management Company, LLC in the above matter.

We write to advise the court that the parties have reached a settlement in principle in this matter. Presently pending before the Court is Defendants' motion to bifurcate discovery between "merits" discovery and "class" discovery. Due to the fact that this is a class action, the proposed settlement will have to be approved by the Court. As such we would ask the court to mark the pending motion "withdrawn without prejudice to renew" in the event that the settlement is not approved.

We thank the Court for its time and attention.

Respectfully,

COZEN O'CONNOR

By:   Vincent P. Pozzuto

VPP:ad

cc:   Robert Lash
      Bryant T. Lamer
      Shimshon Wexler

LEGAL\18739836\1