

October 10, 2014

**Vincent P. Pozzuto**
Direct Phone   212-908-1284
Direct Fax        866-591-9124
vpozzuto@cozen.com

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   **Schwartz v. Intimacy in New York
        Case No.: 13-CV-5735**

Dear Honorable Judge Gardephe:

This firm represents the Defendants in the above matter.

Please accept this as a joint letter from the parties advising that the matter has settled. We request that the conference scheduled for October 16, 2014 be removed from the docket.

We thank the Court for its time and attention.

Sincerely,

COZEN O'CONNOR

By:   Vincent P. Pozzuto

VPP:cmk


cc:   Robert Lash
       Bryant T. Lamer
       Shimshon Wexler


LEGAL\18739836\1