

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Howard L. Wexler**
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

October 22, 2014

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> Re: Schwartz v. Intimacy in New York
> Case No.: 13-cv-05735
> Our File No.: 74409.0001

Dear Honorable Judge Gardephe:

Robert Lash is no longer employed by the firm. As such we respectfully request that he be removed from this case.

If you have any questions, do not hesitate to contact me.

Very truly yours,

Howard L. Wexler

HLW/rd