

# SPENCER FANE
BRITT & BROWNE LLP

*Attorneys & Counselors at Law*

JOSHUA C. DICKINSON
TELEPHONE NO: (402) 965-8600
jdickinson@spencerfane.com

File No.: 5021334-0001

November 11, 2014

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: Schwartz v. Intimacy in New York
Case No. 1:13-cv-05735-PGG

Dear Honorable Judge Gardephe:

This firm represents the Plaintiff in the above matter.

On October 10, 2014, Defendants' counsel, Mr. Pozzuto, filed a letter on behalf of the parties advising the Court that this matter has settled. (Doc. 67).

The parties are working on the paperwork necessitated by the class action settlement. We anticipate filing the settlement papers with the Court in the next 14 days. Please accept this joint letter from the parties requesting that the scheduling conference set for November 20, 2014 (Doc. 68) be removed from the docket.

Thank you for your consideration.

Respectfully submitted,

Joshua C. Dickinson

JCD/jh
cc: Vincent P. Pozzuto via ECF

12925 West Dodge Road, Suite 107
Omaha, Nebraska 68154
(402) 965-8600    www.spencerfane.com    Fax (402) 965-8601    KS 965750.1

Kansas City, Missouri   St. Louis, Missouri   Overland Park, Kansas   Denver, Colorado   Jefferson City, Missouri   Omaha, Nebraska