*The Law Offices of Shimshon Wexler, PC*
*1411 Dalewood Dr NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
*swexleresq@gmail.com*

July 30, 2015

<u>Via CM/ECF</u>
Hon. Judge Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>*Objection Received by my Office to the Proposed Intimacy Settlement*</u>

<u>Case No.</u> 1:13-cv-05735-PGG *Schwartz v. Intimacy in New York, L.L.C. et al*

Dear Judge Gardephe:

     I am an attorney for Plaintiffs herein. Your Honor ordered all objections to be served and filed by July 29, 2015. We received one objection which apparently has not been filed with the Court. While we dispute the grounds for the objection, enclosed please find a copy of the objection for the Court.

                                     Respectfully Submitted,

                                       /s Shimshon Wexler