Case 1:13-cv-05735-PGG   Document 86-1   Filed 07/30/15   Page 1 of 2

# FAX COVER SHEET

| | |
|---|---|
| TO | Shimshon Wexler |
| COMPANY | The Law offices of Shimshon Wexler |
| FAX NUMBER | 19175126132 |
| FROM | Bruce Bruce |
| DATE | 2015-05-14 15:00:56 GMT |
| RE | Objection to settlement Intimacy in New York |

## COVER MESSAGE

Please note my objection to this settlement

May 14, 2015

Jessica Fealk
1474 Oakstone Dr.
Rochester Hills, MI 48309
248-818-5319

Notice of Objection

I object to the settlement set forth. When I purchased items from Intimacy, there was a store in my area in Troy, Michigan. The Troy, Michigan Intimacy store is now closed. According to the myintimacy.com website, the nearest store to me would be approximately 300 miles away, and over 4 hours by car. The gift card would prove useless. As a Class member I would like a more practical settlement for those who are not near an Intimacy store.


Sincerely,
Jessica Fealk